REED SMITH LLP
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, N.J. 08540
Tel. (609) 987-0050
Attorneys for Defendants,
IndyMac Bank, F.S.B. and
IndyMac Bancorp.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | |
|---|---|
| ADAM ZURAWSKI, GINA WARDLOW-HILL, LAWRENCE HILL, ELANA PLENBY, MAURITZ PLENBY, MARK MAKARITIS, AND ANN MARTIN<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN FUNDING CORP., CHRISTOPHER NANGANO, NATIONAL FUTURE MORTGAGE, INC., ARGHA RAHA, DAN DEKLEIN, WORLD SAVINGS BANK, FSB, WACHOVIA CORP., GOLDEN WEST FINANCIAL CORP, BANK UNITED, FSB, DANIEL MACKLE, DAN LOUIS, INDYMAC BANK, FSB, INDYMAC BANCORP, CHRISTINE CASTENARIS, MARK ANDREOTTI, NEW HORIZON SETTLEMENT SERVICES, FELICE VLASIS, METROPOLITAN TITLE & ABSTRACT, LLC, GEOFF TRIPODI, MARC BRESSLER, ESQ., DAVID BRESSLER, ESQ., BRESSLER & DUYK LAW FIRM, GEORGE CRETELLA, ESQ., JEAN KENNEDY, JOHN DOE NO. 1-30 AND ABC CORP. NO. 1-30.<br><br>Defendants. | Civil Action No: 2:08-cv-00794-PGS-ES<br><br>STIPULATION OF DISMISSAL AS TO CERTAIN COUNTS OF THE COMPLAINT |

Defendants IndyMac Bank, F.S.B. and Plaintiffs (collectively the "Parties") in the above-referenced matter have agreed, through their counsel, to dismiss the following Counts of Plaintiffs' Complaint as described herein. The parties have agreed to dismiss the following claims, some of which are dismissed with prejudice, and all claims are dismissed without attorneys' fees or costs to any party.

(1) Count Four alleging an unconscionability claim is dismissed with prejudice;

(2) Count Five alleging an unjust enrichment claim is dismissed with prejudice;

(3) Count Six alleging an agency claim is dismissed with prejudice as this is not a separate cause of action;

(4) Count Seven alleging a breach of contract claim is dismissed without prejudice as to IndyMac Bank, FSB;

(5) Count Eight alleging a Real Estate Settlement Practices Act claim is dismissed without prejudice as to IndyMac Bank, FSB only;

(6) IndyMac Bank and Plaintiffs agree to be bound in this matter by the Court's ruling on the pending Motion to Dismiss the negligence claim in the matter *DeLaCruz, et al. v. Morgan Funding, et al.*, Civil Action No.: 2:07-cv-02334;

(7) Count Thirteen alleging an equitable estoppel claim is dismissed with prejudice;

(8) Count Fourteen alleging a breach of the covenant of good faith and fair dealing is dismissed without prejudice as to IndyMac Bank, FSB;

(9) All of Plaintiffs' claims relating to IndyMac Bancorp. are dismissed without prejudice.

**KOLES, BURKE & BUSTILLO, LLP**
Attorneys for Plaintiffs

_____
John M. Burke

Dated: June 12, 2008

**REED SMITH LLP**
Attorneys for Defendants
IndyMac Bank, F.S.B.
and IndyMac Bancorp.

_____
Diane A. Bettino

Dated: June 17, 2008

SO ORDERED: _Peter M Sheridan_
DATED: 6/18/08

- 3 -