Koles, Burke & Bustillo, L.L.P.
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
(201) 200-0300
johnburkeesq@verizon.net

Adam Zurawski, Gina Wardlow-Hill,
Lawrence Hill, Elana Plenby, Mauritz Plenby,
Mark Makaritis and Ann Martin Henriquez

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

Plaintiff (s),
Adam Zurawski, Gina Wardlow-Hill,
Lawrence Hill, Elana Plenby, Mauritz Plenby,
Mark Makaritis and Ann Martin

                  Civil Action Number:
                  2:07-cv-794 (PJS)

vs.

Defendant (s),
Morgan Funding Corp., Christopher Nangano,
National Future Mortgage, Inc.,
Argha Raha, Dan DeKlein,
World Savings Bank, FSB, Wachovia Corp.,
Golden West Financial Corp.,
Bank United, FSB, Daniel Mackle, Dan Louis,
IndyMac Bank, FSB, Christine Castenaris,
Mark Andreotti, New Horizon Settlement Services,
Felice Vlasis,
Metropolitan Title & Abstract, LLC,
Geoff Tripodi, Marc Bressler, Esq.,
David Bressler, Esq., Bressler & Duyk Law Firm,
George Cretella, Esq., and Jean Kennedy

**CIVIL ACTION**

**STIPULATION OF DISMISSAL**

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against all parties.

By /s/ Maxwell Billek
Maxwell Billek, Esq, Esq.
Billek & Yesalonis
Attorney for Defendants
Daniel Mackle and Morgan Funding Corp.

By /s/ John M. Burke
John M. Burke, Esq.
Kokes, Burke & Bustillo, LLP
Attorney for Plaintiffs

Dated: 7/8/09

Dated: 6/19/09

SO ORDERED: /s/ Peter G. Sheridan
DATED: 7/16/09